IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2009 OCT -7 PM 5: 12

UNITED STATES OF AMERICA    )
                            )
v.                          )      CASE NO. CR408-368
                            )
MICHAEL ANTHONY GRANT and   )
STACY MAURICE BENTON,       )
                            )
        Defendants.         )
                            )

## O R D E R

Before the Court is the Magistrate Judge's Report and

Recommendation (Doc. 67), to which objections have been filed

(Docs. 69 & 71).    After a careful de novo review and

consideration of Defendants' objections,[1] the Court concurs with

---

[1]    Most of Defendants' objections are contestations of the
Magistrate Judge's credibility determinations, or legal
arguments that are squarely foreclosed by precedent already
recited in the Magistrate Judge's Report and Recommendation.
(Docs. 69 & 71.)  Accordingly, other than expressing concurrence
with the Magistrate Judge subsequent to its careful de novo
review, the Court does not address these issues further.
        However, Defendant Benton raises an objection on the basis
of the recent Supreme Court case Arizona v. Gant, ___ U.S. ___,
129 S. Ct. 1710 (2009), which was not addressed in the
Magistrate Judge's Report and Recommendation.  Gant, however,
does not change the outcome of Defendants' Motion to Suppress.
Gant specifically held open the "established exceptions to the
warrant requirement," including the exception set forth in
United States v. Ross, 456 U.S. 798 (1982).  Gant, 129 S. Ct. at
1721.  Ross recognized the automobile exception, which allows
officers to search an automobile for contraband when they have
probable cause to believe the vehicle contains contraband.  456
U.S. at 804-10.  Not only is the legal principle in Ross, which
was reaffirmed in Gant, squarely applicable to this case, this
case is factually indistinguishable from Ross.  In Ross, as in
this case, a trusted informant identified a contraband laden car

the Magistrate Judge's Report and Recommendation.  Accordingly,

Court **ADOPTS** the Report and Recommendation as the Opinion of

this Court.

SO ORDERED this 7ᵗʰ day of October, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

to police, who found and searched the car, and recovered the
reported contraband without a warrant.  Accordingly, Gant is of
no help to Defendants here.