GAS 245D       (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Michael Anthony Grant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:      4:08CR00368-1<br><br>USM Number:      13962-021<br><br>Eric Foster Kramer<br>Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and standard conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | May 17, 2024 |
| 2 | The defendant committed another federal, state, or local crime (mandatory condition). | June 19, 2024 |

*See Page 2 for Additional Violations.*

The defendant is sentenced as provided in page  3  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the _____ condition(s), _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:  9746

Defendant's Year of Birth:  1974

City and State of Defendant's Residence:

Savannah, Georgia

February 5, 2026
Date of Imposition of Judgment

Signature of Judge

R. Stan Baker, Chief Judge
United States District Court
Southern District of Georgia
Name and Title of Judge

February 18, 2026
Date

GAS 245D          (Rev. 10/24) Judgment in a Criminal Case for Revocations

Judgment— Page **2** of **3**

DEFENDANT:          Michael Anthony Grant
CASE NUMBER:          4:08CR00368-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | The defendant failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer (standard condition). | June 22, 2024 |
| 4 | The defendant failed to submit truthful and complete written reports within the first five days of each month (standard condition). | August 23, 2024 |
| 5 | The defendant failed to notify the probation officer ten days prior to a change in residence or employment (standard condition). | August 26, 2024 |

GAS 245D   (Rev. 10/24) Judgment in a Criminal Case for Revocations

Judgment— Page **3** of **3**

DEFENDANT:          Michael Anthony Grant
CASE NUMBER:      4:08CR00368-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 21 months.

☒   The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be given credit toward this federal sentence for all time served in custody since October 29, 2025, that is not credited toward another sentence. Designation to a Bureau of Prisons facility closest to Savannah, Georgia, is also recommended.

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at _____   ☐   a.m.   ☐   p.m.   on _____ .

☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____ .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL